## IN THE UNITED STATED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | | |
|---|---|---|
| SALISA LUSER HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-388-GNS |
| | ) | |
| RICK WOOLRIDGE, BRIAN TUCKER, | ) | *Electronically Filed* |
| ROBERT C. WHITE, MICHAEL SULLIVAN, | ) | |
| STEVE CONRAD, DEE ALLEN, CAREY | ) | |
| KLAIN, DAVID RAY, DAVID ALLEN, | ) | |
| CAROLYN NUNN, and JOHN DOES 1-10, | ) | |
| all individually | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## AMENDED AGREED ORDER

The parties being in agreement and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the time period for Defendants' to

file a Reply to Plaintiff's Response to Defendants' Motion to Dismiss is extended to November

20, 2018.


Tendered by:
/s/Kristie B. Walker
KRISTIE B. WALKER
*Counsel for Defendants named in Motion to Dismiss*

Agreed to by:

/s/Lonita Baker, with permission
LONITA BAKER
*Counsel for Plaintiff*