UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:18-CV-00388-GNS-LLK

SALISA LUSTER HARRISON                                                                                PLAINTIFF

v.

RICK WOOLRIDGE, *et al*.                                                                              DEFENDANTS

## **SCHEDULING ORDER**

      Chief Judge Greg N. Stivers referred this matter to Magistrate Judge Lanny King for resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. (Docket # 27). Judge King conducted a telephonic Rule 16 scheduling conference on August 12, 2019, and counsel for all parties attended. (Docket # 28).

      The Court has reviewed the joint report submitted by the parties of their proposed litigation plan (Docket # 39), has considered the statements by counsel during the conference, and pursuant to Fed. R. Civ. P. 16, does **HEREBY ORDER AND ADJUDGE AS FOLLOWS:**

      **1.**      No later than **September 16, 2019,** counsel for the parties shall make all initial disclosures required of Fed. R. Civ. P. 26(a)(1). The parties are under a continuing duty to supplement their disclosures and responses as required by Rule 26(e) whenever necessary during the entire course of this litigation. Supplementation shall be made within thirty days of first learning of the need to supplement, but no later than thirty days prior to the end of discovery. A **witness not previously disclosed** under Fed. R. Civ. P. 26(a)(1)(A)(i), **or an exhibit which has not been provided** under Fed. R. Civ. P. 26(a)(1)(A)(ii), **shall not be allowed** on the final witness

and exhibit list, unless the failure was substantially justified or is harmless.  The Court will order the filing of final witness and exhibit lists when this case is set for trial.

      2.      No later than **March 15, 2020**, the Parties shall file all motions to join additional parties and amend the pleadings.

      3.      No later than **June 15, 2020**, the parties shall complete all discovery, including any depositions.

      4.      No later than **July 1, 2020**, Plaintiff shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A) and shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).

      5.      No later than **September 1, 2020**, Defendant shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A) and shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B).

      6.      No later than **December 1, 2020**, the parties shall complete expert witness discovery.

      7.      No later than **February 15, 2021**, counsel for the parties shall file all dispositive motions and motions objecting to the admissibility of expert witness testimony under Rule 702 of the Federal Rules of Evidence, *Daubert v. Merrell Dow Pharmaceutical, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

      8.      In the event discovery is completed and neither party anticipates filing dispositive motions, or in the event no dispositive motions are filed by the deadline, counsel shall notify the Magistrate Judge's Chambers and the case will be set for a status conference.  Upon resolution of

any dispositive motions which are filed, the court will enter appropriate orders regarding the scheduling of this case toward final resolution.

9. Any agreed amendments to the Scheduling Order shall be submitted to the Court in the form of an agreed order.

10. All motions pertaining to discovery shall be filed no later than fifteen days after the close of all discovery.  **Motions pertaining to unresolved discovery and scheduling disputes may not be filed without first having a joint telephonic conference** with the Magistrate Judge arranged through his Chambers at 270-415-6470 or Judge_King_Chambers@kywd.uscourts.gov.

11. Upon request, the Court will set this matter for a settlement conference.

12. A telephonic status conference shall be conducted on **November 15, 2019, at 10:00 a.m. Eastern Time (9:00 a.m. Central Time).** Counsel for the parties shall connect to the conference by dialing the Toll-Free Meeting Number 1-877-848-7030 and entering the Access Code 7238577#.

IT IS SO ORDERED.

Lanny King, Magistrate Judge
United States District Court

c: Counsel
p: 00/23

August 12, 2019